**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL KING,                :   No. 489 MAL 2015
                                :

          Petitioner       :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
          v.               :
                                :

                                :

RIVERWATCH CONDOMINIUM   :
OWNERS ASSOCIATION,       :
                                :

          Respondent    :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.